# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

TRISTAN LOGAN

V.

ELAINE CHAO, SECRETARY
UNITED STATES
DEPARTMENT OF LABOR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 CV 10045

TO: (Name and address of Defendant)

ELAINE CHAO, SECRETARY
UNITED STATES DEPARTMENT OF LABOR
FRANCES PERKINS BUILDING
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TRISTAN LOGAN, ESQ
49 CANNONGATE III
NASHUA, NH 03063

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  4-26-05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 5/4/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| TRISTAN LOGAN | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/6/05
_____
Date          Signature of Server: Tristan Logan

Address of Server: 49 CANNONGATE III NASHUA NH 03063

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.