UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TRISTAN LOGAN,
       Plaintiff,

v.

ELAINE CHAO, SECRETARY,
UNITED STATES DEPARTMENT OF LABOR,
       Defendant.

Civil Action No. 05-10045-GAO

**PLAINTIFF'S MOTION FOR REQUEST OF SANCTIONS**

    Now comes the plaintiff, Tristan Logan, who hereby moves this Court for sanctions against defendant, United States Department of Labor, for failure to comply with Local Rule 16.1 (B) as ordered on this Court's Notice of Scheduling Conference dated October 17, 2005.

    As reasons therefore, plaintiff states that by notice from this Court a Scheduling Conference is to be held on December 8, 2005, and that under Local Rule 16.1 (B) counsel for the parties shall, pursuant to Fed. R. Civ. P. 26(f), confer no later than 21 days before the date of the scheduling conference.

    Plaintiff states that although he has left phone messages and has sent electronic mail to defendant requesting to confer, and requesting defendant's compliance with this Court's Notice and with Local Rule 16.1, all of plaintiff's requests have fallen on deaf ears. Plaintiff states that defendant has made no effort to contact or confer with plaintiff as required under Local Rule 16.1 (B), and as such, defendant has failed comply with Local Rule 16.1 (B), fails to participate in good faith, and is obstructing justice.

For these reasons plaintiff moves the court for the following sanctions against defendant under Local Rule 1.3

1. That the defendant, the United States Department of Labor be found in default, and that a default –judgment be entered against the defendant on all counts.

2. That this Court impose sanctions that it deems appropriate against the defendant for it's failure to comply with Local Rule 16.1 (B)

Respectfully Submitted,

*Tristan Logan*
Tristan L. Logan, Esq.
Pro Se

Dated: November 28, 2005

49 Cannongate II
Nashua, NH 03063
(603) 438-9313
tllogan@comcast.net

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned certifies that he has attempted to contact the defendant in this matter to inform defendant of relief sought herein.

*Tristan Logan*
Tristan Logan, Esq.