UNITED STATES DISTRICT COURT
DISTRICT OF MASSACUHSETTS

2005 DEC -8  P 1: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TRISTAN LOGAN,<br><br>           Plaintiff,<br><br>v.<br><br>ELAINE L. CHAO, Secretary,<br>United States Department of Labor<br><br>           Defendant. | CIVIL ACTION NO.<br>05-10045-GAO |

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

Plaintiff Tristan Logan, acting Pro Se, hereby certifies, pursuant to Local Rule 16.1(D)(3), that he has borne in mind;

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

*/s/ Tristan Logan*
Tristan Logan, Pro Se
49 Cannongate III
Nashua, NH 03063
(603) 438-9313
tllogan@comcast.net

Date: December 8, 2005