```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
TRISTAN LOGAN,                )
                              )
     Plaintiff,               )
                              )    C.A. No. 05-10045-GAO
v.                            )
                              )
ELAINE CHAO, et al.,          )
                              )
     Defendants.              )
_____)
```

## SUBSTITUTION OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Gina Walcott-Torres.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                               By: /s/ Rayford A. Farquhar
                                    Rayford A. Farquhar
                                    Assistant U.S. Attorney
                                    John J. Moakley U.S. Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA  02210
                                    (617) 748-3100

Dated: January 4, 2006

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that the foregoing document was served upon pro se Plaintiff Tristan Logan, 49 Cannongate III, Nashua, NH 03063.

                                  <u>/s/ Rayford A. Farquhar</u>
                                  Rayford A. Farquhar
                                  Assistant U.S. Attorney