UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRISTAN LOGAN,<br>　　　　Plaintiff,<br><br>v.<br><br>ELAINE CHAO, SECRETARY,<br>UNITED STATES DEPARTMENT OF LABOR,<br>　　　　Defendant. | Civil Action No. 05-10045-GAO |

**MOTION TO WITHDRAW MOTION FOR SANCTIONS**

Plaintiff Tristan Logan moves that this court withdraw his motion to impose sanctions against Defendant for Defendant's unwillingness and failure to provide Plaintiff with automatic discovery as provided for in Fed. R. Civ. P. Rule 26(a)(1), and forr Defendant's unwillingness and failure to respond as required under Local Rule 16.1 (C) to Plaintiff's written settlement proposal of November 27, 2005.

In support of his motion Plaintiff states both parties have come to an agreement regarding Plaintiff's Motion for Sanctions and thus the Motion is now moot.

Respectfully Submitted,

*/s/ Tristan Logan*
Tristan Logan, Esq.
Pro Se

Dated: April 3, 2006

49 Cannongate II
Nashua, NH 03063
(603) 438-9313
tllogan@comcast.net

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned certifies that he has attempted in good faith to contact and resolve this matter with Defendant .

*[signature]*
Tristan Logan, Esq.