```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
TRISTAN LOGAN,                )
                              )
     Plaintiff,               )
                              )    C.A. No. 05-10045-GAO
v.                            )
                              )
ELAINE CHAO, et al.,          )
                              )
     Defendants.              )
_____)
```

## SUBSTITUTION OF APPEARANCE

To the Clerk:

   Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Gina Walcott-Torres.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                              By:  /s/ Rayford A. Farquhar
                                   Rayford A. Farquhar
                                   Assistant U.S. Attorney
                                   John J. Moakley U.S.
                                   Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA  02210
                                   (617) 748-3100

Dated: January 4, 2006

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served upon pro se Plaintiff Tristan Logan, 49 Cannongate III, Nashua, NH 03063.

                                        /s/ Rayford A. Farquhar
                                        Rayford A. Farquhar
                                        Assistant U.S. Attorney