UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 MAR -2  A 11: 33

U.S. DISTRICT COURT

|                                                                                          |
|------------------------------------------------------------------------------------------|
| TRISTAN LOGAN,  <br> Plaintiff,  <br><br> v.  <br><br> ELAINE CHAO, SECRETARY,  <br> UNITED STATES DEPARTMENT OF LABOR,  <br> Defendant. |

Civil Action No. 05-10045-GAO

**ASSENTED TO MOTION OF THE PLAINTIFF TO DISMISS COUNTS III, V, VI AND VII OF THE AMENDED COMPLAINT AND TO AMEND COUNTS I, II AND IV.**

The Plaintiff, Tristan Logan, herein moves this Honorable Court to Dismiss Counts III, V, VI and VII of the Amended Complaint. The Defendant assents to this Motion.

Dated: February 18, 2007

Respectfully Submitted,

*/s/ Tristan Logan*
Tristan L. Logan.
Pro Se

49 Cannongate II
Nashua, NH 03063
(603) 438-9313
tllogan@comcast.net

## LOCAL RULE 7.1(A)(2) CERTIFICATION

On Monday November 27, 2006 I spoke with Assistant U.S. Attorney Rayford A. Farquhar, and he assented to this Motion.

*/s/ Tristan Logan*

Tristan Logan.