```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| TRISTAN LOGAN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, )<br>Secretary, UNITED STATES )<br>DEPARTMENT OF LABOR, )<br>)<br>    Defendant. )<br>) | C.A. No. 05-10045-GAO |

## JOINT MOTION FOR AN EXTENSION
## OF TIME TO COMPLETE DISCOVERY

The parties in this action submit this Joint Motion for An Extension of Time to Complete Discovery up to and including September 30, 2007. As grounds for this Motion the parties state that they have been consumed with handling cases and have not been able to complete discovery. The parties are certain that this extension of time will enable them to complete discovery and file a dispositive motion.

The parties submit the following schedule:

1. The defendant will complete all depositions and exchange all discovery on or before September 30, 2007;

2. The parties will file dispositive motions on or before October 30, 2007; and

3. Any response to dispositive motions will be due on or before October 26, 2007.

4. The Court will hold a hearing on the dispositive motions on or after October 29, 2007.

WHEREFORE, the parties move this Court for an extension of time to September 30, 2007 to complete discovery.

|  |  |
|---|---|
|  | Respectfully submitted, |
| TRISTAN LOGAN, | JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, |
|  | By his Attorneys, |
|  | MICHAEL J. SULLIVAN United States Attorney |
| /s/ Tristan Logan Tristan Logan, 49 Cannongate III Nashua, NH 03063 (603)459-8504 | /s/ Rayford A. Farquhar Rayford A. Farquhar Assistant U.S. Attorney 1 Courthouse Way, Suite 9200 (617) 748-3284 |

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 18, 2007.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney

LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that on May 31, 2007 I spoke with Tristan Logan and he assented to the filing of this Joint Motion for an Extension of Time to Complete Discovery.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney