UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRISTAN LOGAN,<br>      Plaintiff, | Civil Action No. 05-10045-GAO |
| v. | |
| ELAINE CHAO, SECRETARY,<br>UNITED STATES DEPARTMENT OF LABOR,<br>      Defendant. | |

**JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT DUE TO FAMILY TRAGEDY**

Tristan Logan and the defendant, The United States Department Labor (the parties"), herein move this Court for an Extension of Time for Plaintiff to respond to Defendant's Motion for Summary Judgment due to a Family Tragedy suffered by the Plaintiff. The parties are seeking an extension to September 3, 2008 due to a death and serious injuries in the plaintiff's immediate family. As grounds for this Motion the parties state as follows:

1. On Saturday, February 23, 2008 plaintiff's son and foster son were in a car accident in Florida.

2. Plaintiff's foster son was killed in the accident, and plaintiff's son was seriously injured in the accident.

3. Plaintiff's son is still undergoing medical treatment in Florida and is scheduled for surgery August 14, 2008.

4. The plaintiff and his family are making plans to be in Florida during the son's surgery.

5. The plaintiff is extremely distraught and not in the proper frame of mind to respond to defendant's Motion for Summary Judgment.

6. The plaintiff is currently working on his response to defendant's Motion for Summary Judgment but requires additional time to complete it.

WHEREFORE, based on a death and serious injury in the plaintiff's immediate family, the parties herein jointly move this Court for an extension of time to September 3, 2008 for plaintiff to complete his response to defendant's Motion for Summary Judgment.

Respectfully Submitted,

Michael J. Sullivan                                                   Tristan Logan
United States Attorney

/s/ by Tristan Logan                                                  *Tristan Logan* (signature)
Rayford A. Farquar                                                    Tristan Logan
Assistant U.S. Attorney                                               49 Cannongate II
1 Courthouse Way, Suite 9200                                          Nashua, NH 03063
(617)748-3284                                                         (603) 438-9313
                                                                      tllogan@comcast.net

### CERTIFICATION OF SERVICE

The undersigned certifies that he has served a copy of the foregoing upon defendant's counsel of record, Rayford A. Farquhar, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200 Boston, MA 02210 by US Mail.

*Tristan Logan* (signature)
Tristan Logan

2

LOCAL RULE 7.1 CERTIFICATION

I, Tristan Logan do hereby state that on July 31, 2008 I spoke with Rayford A. Farquar, Assistant United States Attorney, and he assented to the filing of this Joint Motion for an Extension of Time respond to defendant's Motion for Summary Judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tristan Logan

Dated: August 3, 2008